IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL W. HALIBURTON, II,           )
                                     )
                Plaintiff,            )      Civil No. 07-6026-PK
                                     )
        v.                            )      O R D E R
                                     )
COUNTY OF LINN, OREGON; ET AL.,      )
                                     )
                Defendants.           )

Michael W. Haliburton, II
101 N. Conifer Boulevard, Apt. N
Corvallis, OR  97330

 Plaintiff Pro Se

Bruce L. Mowery
Attorney at Law
280 Liberty Street, S.E., Suite 206
Salem, OR  97301

 Attorney for Defendants

JONES, Judge:

Magistrate Judge Paul Papak filed Findings and Recommendation (#29) on December 3, 2007, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings <u>de novo</u> review. <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#29) dated December 3, 2007, in its entirety. Defendants' motion (#21) for partial summary judgment is granted as to Haliburton's Section 1983, malicious prosecution, and defamation claims. Plaintiff's claim for false arrest is dismissed for failure to state a claim upon which relief can be granted. This case is dismissed with prejudice and any pending motions are denied as moot.

IT IS SO ORDERED.

DATED this __21st__ day of December, 2007.

_____
ROBERT E. JONES
United States District Judge

2 - ORDER